Rev 02/2005-EDVA) Warrant for Arrest

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Raymond Carter                   CASE NUMBER: 1:03cr323

08-162-M-01

**FILED**
MAR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Raymond Carter** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition
_X_ Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

**Judith Lanham**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

Signature of Issuing Officer

7-31-07
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $_____   by_____

| Date Received 03/4/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 03/4/08 | Daly DUSM | |

**FILED**

MAR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA



_ _ v. Raymond Carter       Docket No. 1:03CR00323-001

Petition on Supervised Release        **08-162-M-01**

COMES NOW Raymond M. Hess, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Raymond Carter, who was placed on supervision by the Honorable T.S. Ellis, III sitting in the Court at Alexandria, Virginia, on the 17th day of October, 2003, who fixed the period of supervision at 4 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed the following special condition: The defendant must participate in, and successfully complete, a program of substance abuse testing and rehabilitation at the direction of the Probation Officer. A special assessment of $100.00 was also ordered.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 31st day of July, 2007 and ordered filed and made a part of the records in the above case. | Executed on 7-26-07 |
| T.S. Ellis, III<br>United States District Judge | Raymond M. Hess<br>Senior U.S. Probation Officer<br><br>Place Alexandria, Virginia |

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: CARTER, Raymond

OFFENSE: Possession with Intent to Distribute 5 Grams or More of "Crack" Cocaine

SENTENCE: The defendant was sentenced to 63 months in the U.S. Bureau of Prisons to be followed by a 4 year term of supervised release.

ADJUSTMENT TO SUPERVISION: The defendant was released from incarceration on March 9, 2007, to begin his term of supervised release. Supervision was transferred to the District of Maryland, as the defendant was a resident of that district.

Since the defendant's release from incarceration, the defendant has not maintained steady employment and missed several urinalysis appointments with Renaissance Outpatient Treatment Program. According to United States Probation Officer Debbie Hopkins-Downs, the missed appointments were a result of the defendant's employment at Collington Services in Upper Marlboro, Maryland. It was also noted that the urine screens that were submitted did not test positive for illegal drugs.

VIOLATIONS: The following violations are submitted for the Court's consideration.

STANDARD CONDITION #1: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On June 24, 2007, the defendant was arrested by Metropolitan Police Department for First Degree Sexual Assault and Simple Assault. It was reported by the victim in this case, Kannicia Williams, that on June 24, 2007, she and her husband of two months, Raymond Carter, were involved in a verbal altercation over her being "unfaithful." The defendant became angry and grabbed her by the throat as he pushed her against the wall. The defendant struck her several times about the upper body, face, and back with closed fist and open hands. At that time, Ms. Williams was able to go to the bathroom to compose herself. The defendant then entered the bathroom with a wire hanger and ran the hanger along Ms. Williams' vagina. She was able to grab the hanger and throw it.

The defendant then picked up the hanger and began straightening out the curved part used to hang the cloths. As he was straightening out the hanger, the defendant indicated, "This is what happens to ho's." The defendant then bent the defendant over the bathroom sink, still berating her verbally, and inserted his fingers into her anus. The defendant then penetrated her vaginally with his penis, and he ordered her to stroke his penis. The defendant ejaculated in Ms. Williams' vagina.

A short time later, the defendant told her to come to bed with him, at which time she refused. The defendant again began to hit Ms. Williams on the back area with a belt.

Petition on Supervised Release
Page 3
RE: CARTER, Raymond

As a result of the physical assault, Ms. Williams sustained a right blood shot eye, finger indentations to her neck, a lacerated lip, bruises on her forearm, and welts on her back.

The defendant has a felony status conference scheduled with the District of Columbia Superior Court on August 7, 2007, and he has a jury trial scheduled for October 10, 2007. The defendant is currently in D.C. Jail pending trial.

**STANDARD CONDITION #6:**   "YOU SHALL NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS PRIOR TO ANY CHANGE OF RESIDENCE."

The defendant failed to notify Ms. Hopkins-Downs of any change of address. Ms. Hopkins-Downs reported that the defendant did notify the United States Pretrial Officer of his change in residence.

PMH:smk