Rev 1/07

Return copy

**FILED**

APR - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 03/27/08

Address of Other Court:   USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314

RE: CR 08-MJ-162, USA v. Carter

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

- [x] Docket Sheet
- [x] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [x] Other: Blotters filed on 3/4/08 & 3/10/08

- [x] Warrant of Removal
- [ ] Order of Removal
- [ ] Detention Order
- [x] Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk